**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **TIMOTHY J. HARDY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 2:24-cv-00029 EWH/RJK** |
| | ) | |
| **CHESAPEAKE HOSPITAL AUTHORITY** | ) | |
| **t/a CHESAPEAKE REGIONAL** | ) | |
| **MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT CHESAPEAKE HOSPITAL AUTHORITY'S**
**MOTION TO DISMISS THE COMPLAINT**

Defendant, Chesapeake Hospital Authority ("CHA"), by counsel, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the Complaint and all claims for relief therein against CHA, for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction, for all the reasons set forth in the accompanying Memorandum in Support.

WHEREFORE, Chesapeake Hospital Authority respectfully requests that the Court enter an order dismissing the Complaint, and all claims for relief asserted against Defendant, with prejudice, and granting such other relief as the Court deems just and appropriate.

CHESAPEAKE HOSPITAL
AUTHORITY

By: */s/ Ahmed E. Mohamed Khalil*
Counsel

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 17th day of May, 2024, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ *Ahmed E. Mohamed Khalil*</u>
John M. Bredehoft (VSB No. 33602)
Ahmed E. Mohamed Khalil (VSB No. 98315)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:  (888) 360-9092
jmbredehoft@kaufcan.com
amkhalil@kaufcan.com
*Counsel for Defendant Chesapeake Hospital Authority*

2

22508836