UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TIMOTHY HARDY,

        Plaintiff,

v.

        Civil No. 2:24cv29

CHESAPEAKE HOSPITAL AUTHORITY
Trading as Chesapeake Regional Medical Center,

        Defendant.

## JUDGMENT IN A CIVIL CASE

Decision by the Court. This action came for decision before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Chesapeake Hospital Authority's Motion to Dismiss, ECF No. 7, is GRANTED and this matter is DISMISSED with prejudice. Hardy's request for leave to amend his Complaint is DENIED.

DATED: 3/13/2025        FERNANDO GALINDO, Clerk

        By     /s/
        A. Lett, Deputy Clerk