### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **TIMOTHY J. HARDY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:24-cv-00029 |
| ) | |
| **CHESAPEAKE HOSPITAL AUTHORITY** ) | |
| ) | |
| **t/a CHESAPEAKE REGIONAL MEDICAL** ) | |
| **CENTER** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Timothy J. Hardy, by counsel, appeals to the United States Court of Appeals for the Fourth Circuit from the Order granting Defendant's Motion to Dismiss (ECF No. 18) and the final judgment (ECF No. 19) entered in this action on the 13th day of March, 2025.

Dated April 10, 2025                                 Respectfully submitted:

                                                                 Timothy J. Hardy

                                                                 By:    /s/  Todd Gaynor

                                                                 Todd M. Gaynor, Esquire (VSB # 47742)
                                                                 Gaynor Law Center, P.C.
                                                                 440 Monticello Avenue, Suite 1800
                                                                 Norfolk, Virginia 23510
                                                                 PH: (757) 828-3739
                                                                 FX: (757) 257-3674
                                                                 EM: tgaynor@gaynorlawcenter.com

                                                                 *Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **TIMOTHY J. HARDY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 2:24-cv-00029** |
| ) | |
| **CHESAPEAKE HOSPITAL AUTHORITY** ) | |
| ) | |
| **t/a CHESAPEAKE REGIONAL MEDICAL** ) | |
| **CENTER** ) | |
| ) | |
| **Defendant.** ) | |

## **CERTIFICATE OF SERVICE**

COMES NOW the undersigned and hereby certifies that he has caused a true copy of the foregoing *Notice of Appeal* to be served upon all counsel of record through filing the same with the ECF system.

This, the 10th day of April, 2025.

                                                 /s/ Todd M. Gaynor
                                                 Todd M. Gaynor (VSB No. 47742)
                                                 *Counsel for Plaintiff*